*Herbert Lord* for the petitioner.

*William I. Cowin,* Assistant Attorney General, for the respondent.

WALTER J. POWERS *vs.* ROBERT J. SPINNER & others.  October 29, 1964.
Order sustaining demurrer affirmed. A school teacher brings this action
of contract against five defendants, constituting a majority of the members
of the school committee of Westford, to recover increases of salary voted
by the school committee for the year 1963. The defendants later voted to
"eliminate" from the school committee budget the funds necessary to pay
the salary increases. A demurrer was properly sustained. The town,
rather than the school committee or its individual members, would be liable
for duly earned teachers' salaries which have been finally established by

the school committee by a vote not rescinded. See *Callahan* v. *Woburn*, 306 Mass. 265, 273; *Lynch* v. *Fall River*, 336 Mass. 558, 559. See also G. L. c. 71, § 38 (as amended through St. 1960, c. 333, § 2); McQuillin, Municipal Corporations (3d ed.) § 12.214. We need not now consider what power the school committee possesses to rescind previously voted salary increases. See G. L. c. 71, § 43 (later amended by St. 1963, c. 466, § 4). Cf. *McDevitt* v. *School Comm. of Malden*, 298 Mass. 213, 214–215; *Watt* v. *Chelmsford*, 328 Mass. 430, 433; *Murphy* v. *Cambridge*, 342 Mass. 339, 340–342. Cf. also *O'Brien* v. *Pittsfield*, 316 Mass. 283, 286.

*William J. O'Keefe (Joseph G. Crane* with him) for the plaintiff.

*John L. Connell, Jr.,* Town Counsel, for the defendants.